Opinion issued September 11, 2003 


 

 





 









In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-03-00875-CV

 01-03-00922-CV

____________


IN RE IVO NABELEK, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Ivo Nabelek, has filed a petition for writ of mandamus and a motion
to allow for the filing of the originals only and to proceed as a pauper. See Tex. R.
App. P. 2, 9.3(a)(1)(A), 20.1. The motion is granted. Only the originals of
documents need be filed in this proceeding, and relator may proceed as a pauper. 

 For the same reasons stated in our March 20, 2003 opinion denying relief
to relator, the petition for writ of mandamus is denied. See In re Nabelek, No. 01-03-00197-CV, slip op. at 2 (Tex. App.--Houston [1st Dist.] Mar. 20, 2003, orig.
proceeding) (not designated for publication).

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Hedges, Nuchia, and Higley.